United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNAMALAI ANNAMALAI,

        Plaintiff,

     v.

SUKHINDER KAUR DHILLON, et al.,

        Defendants.

Case No. 16-cv-03290-HSG (PR)

**ORDER OF DISMISSAL**

In a notice dated June 14, 2016, the Clerk of the Court directed Plaintiff to complete an in forma pauperis (IFP) application, and told him that he must complete the application within twenty-eight days or his action would be dismissed.  The Clerk sent Plaintiff a blank prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: 8/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge