UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNAMALAI ANNAMALAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUKHINDER KAUR DHILLON, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-03290-HSG (PR)<br><br>**JUDGMENT** |

　　Judgment is entered against Plaintiff.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/1/2016

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge