UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNAMALAI ANNAMALAI,<br><br>Plaintiff,<br><br>v.<br><br>SUKHINDER KAUR DHILLON, et al.,<br><br>Defendants. | Case No. 16-cv-03290-HSG (PR)<br><br>**ORDER DENYING MOTION TO REOPEN**<br><br>Re: Dkt. No. 13 |

This federal civil action was dismissed because Plaintiff failed to pay the filing fee or file a complete application to proceed in forma pauperis ("IFP"). His motion for reconsideration of the dismissal (Docket No. 13), which the Court construes as a motion to reopen, is DENIED. The motion does not contain payment or an IFP application. Plaintiff's arguments for why he should be exempt from the filing fee are frivolous. The fee is statutorily set. *See* 28 U.S.C. § 1914.

Any future motion to reopen must contain (1) a properly completed IFP application, or (2) full payment of the $400 filing fee.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: November 21, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNAMALAI ANNAMALAI,

    Plaintiff,

v.

SUKHINDER KAUR DHILLON, et al.,

    Defendants.

Case No. 16-cv-03290-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annamalai Annamalai ID: 56820-379
MARION
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

Dated: November 21, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Nikki D. Riley, Deputy Clerk to the
    Honorable HAYWOOD S. GILLIAM, JR.